

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

AK
F.#2010R02413

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 27, 2012

<u>**Via ECF and Hand**</u>

Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:  United States v. Hector Aleman Lemos
         <u>Criminal Docket No. 10-954 (S-1)(NGG)</u>

Dear Judge Garaufis:

     The government respectfully writes to inform the Court
and the defendant that the Attorney General of the United States
has authorized and directed this Office not to seek the death
penalty against the defendant Hector Aleman Lemos for the charges
contained in the above-captioned indictment.

          Respectfully submitted,

          LORETTA E. LYNCH
          United States Attorney

    By:    /s/
          Ali Kazemi
          Assistant U.S. Attorney
          (718) 254-6171

cc:  Carlos Martir, Esq. (Via ECF and Email)
     George Goltzer, Esq. (Via ECF and Email)